IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TERRI MCGUIRE-MOLLICA

      Petitioner,

v.                             Case No. 5:23cv38/MCR/MAL

BARRY WINGFIELD,
WARDEN F.C.I. MARIANNA[1]

      Respondent.
_____/

# **O R D E R**

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 6, 2023.  ECF No. 14.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).   I have conducted a _de novo_ review of any timely filed objections.

      Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

---

[1] It is sufficient to generically identify the warden of the facility where Petitioner is currently incarcerated as the respondent in the instant petition. _See Hamric v. Warden, FCI Mendota_, Cases 1:20-00480-CG-N, 1:09-00250-CG-N, 2021 WL 2325333, at *1 n.1 (S.D. Ala. May 6, 2021). However, the Court has been advised that Warden Pistro, who was previously named as respondent has been replaced by Barry Wingfield. Pursuant to Fed.R.Civ.P. 25(d), Warden Wingfield is automatically substituted as a party in this action.

1.      The magistrate judge's Report and Recommendation, ECF No. 14, is adopted and incorporated by reference in this order.

2.      Petitioner's *pro se* Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, ECF No. 2, is **dismissed**.

**DONE and ORDERED** this 17th day of May 2024.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 5:23cv38/MCR/MAL